IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVA BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:05cv0571-VPM<br>[WO] |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is hereby

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is REVERSED and this matter is remanded for an award of benefits to the plaintiff.

DONE this 30th day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE